**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elihue W. Jones | Social Security number or ITIN   xxx–xx–1003 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Naomi J. Jones | Social Security number or ITIN   xxx–xx–8696 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–14538–ABA | |

# Order of Discharge                                                                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elihue W. Jones                                                   Naomi J. Jones

<u>5/5/21</u>                                                                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-14538-ABA |
|---|---|
| Elihue W. Jones | Chapter 13 |
| Naomi J. Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elihue W. Jones, Naomi J. Jones, 14 Fox Hollow Lane, Sicklerville, NJ 08081-3933 |
| 516375193 | + | Bank of America, NA, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, A 91364-6207 |
| 516051075 | | City of Philadelphia Pioneer, Lockbox #1687, Philadelphia, PA 19178-1687 |
| 516246143 | + | Emerg Phy Assoc of S.Jersey,Pc, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 516051079 | + | Kennedy University Hospital, 435 Hurfville-Cross Keys Road, Turnersville, NJ 08012-2499 |
| 516051082 | + | Parker McKay P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 516051083 | + | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009-1012 |
| 516051084 | | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516051085 | | Slomin's Inc., 125 Lauman Lane, PO Box 1886, Hicksville, NY 11802-1886 |
| 516051086 | | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 516051088 | + | Thomas Jefferson University Hospital, PO Box 8500-3100, Philadelphia, PA 19178-0001 |
| 516135045 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 9013, Addison, Texas 75001-9013 |
| 516130463 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516051091 | | UPHS PAH Patient Pay, P.O. Box 824329, Philadelphia, PA 19182-4329 |
| 516051092 | + | Virtua Health, 5 Eves Drive, Suite 200, Marlton, NJ 08053-3135 |
| 516051094 | + | Westgate Towers, LLC, 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516051072 | | Email/Text: pkanatzar@yahoo.com | May 05 2021 20:24:00 | American Finco, P.O. Box 2994, Milwaukee, WI 53201-2994 |
| 516051073 | | EDI: BANKAMER.COM | May 06 2021 00:23:00 | Bank of America, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 516250640 | | EDI: BANKAMER.COM | May 06 2021 00:23:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516243201 | | EDI: WFFC.COM | May 06 2021 00:23:00 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 516051074 | + | EDI: CAPITALONE.COM | May 06 2021 00:23:00 | Capital One, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 516081922 | | EDI: CAPITALONE.COM | May 06 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516311847 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 05 2021 20:24:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516311848 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

Case 16-14538-ABA   Doc 71   Filed 05/07/21   Entered 05/08/21 00:21:16   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | May 05 2021 20:24:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516051076 | EDI: WFNNB.COM | May 06 2021 00:23:00 | Comenity-New York & Co., P.O. Box 659728, San Antonio, TX 78265-9728 |
| 516051080 | EDI: CITICORP.COM | May 06 2021 00:23:00 | Macy's, P.O. Box 78008, Phoenix, AZ 85062-8008 |
| 516272914 | EDI: Q3G.COM | May 06 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516051077 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 05 2021 21:11:09 | Housing & Urban Develoment, 451 7th Street, Washington, DC 20410-0002 |
| 517143968 | + EDI: IRS.COM | May 06 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516051078 | EDI: RMSC.COM | May 06 2021 00:23:00 | JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 516185410 | + EDI: MID8.COM | May 06 2021 00:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516051081 | + Email/Text: bankruptcies@orangelake.com | May 05 2021 20:24:00 | Orange Lake Resort and Country Club, 8505 West Irio Bronson Memorial Hwy, Kissimmee, FL 34747-8201 |
| 516200585 | EDI: Q3G.COM | May 06 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516051087 | Email/Text: amieg@stcol.com | May 05 2021 20:24:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 516051089 | EDI: TFSR.COM | May 06 2021 00:23:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 516051090 | EDI: TFSR.COM | May 06 2021 00:23:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517145547 | + Email/Text: electronicbkydocs@nelnet.net | May 05 2021 20:25:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 516211337 | EDI: WFFC.COM | May 06 2021 00:23:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 516051093 | + EDI: WFFC.COM | May 06 2021 00:23:00 | Wells Fargo Financial National B, MAC #N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 41 |

Date: May 07, 2021          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

**Name**          **Email Address**

Brian E Caine
    on behalf of Creditor BANK OF AMERICA  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin C. Fayette
    on behalf of Debtor Elihue W. Jones kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Joint Debtor Naomi J. Jones kfayette@kevinfayette.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Warren S. Jones, Jr.
    on behalf of Creditor BANK OF AMERICA  N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 8